300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/supreme/a_71_15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/supreme/a_72_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_73_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_74_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_70_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_76_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_91_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_77_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_79_15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443